**PROSPER LAW GROUP, LLP**
Gordon F. Dickson, Esq. SBN 136857
Deborah P. Gutierrez, Esq. SBN 240383
Penelope P. Bergman, SBN 220452
6100 Center Drive, Suite 1050
Los Angeles, California 90045
Telephone: (310) 893-6200
Facsimile:  (310) 988-2930

Attorneys for Plaintiff,
Freddie V. Salmo

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDDIE V. SALMO<br><br>Plaintiff(s)<br><br>v.<br><br>PHH MORTGAGE CORPORATION, ET AL.<br><br>Defendant(s). | CASE NUMBER:<br>CV11-01582 ODW (PJWx)<br><br>**ORDER RE:<br>STIPULATION TO DISMISS CASE WITHOUT PREJUDICE AND FOR A MUTUAL WAIVER OF FEES AND COSTS** |

The Court having considered the Parties' Stipulation To Dismiss Case Without Prejudice and For a Mutual Waiver of Fees and Costs, hereby:

**ORDERS** dismissal of the action against all Defendants <u>without</u> prejudice.

Dated March 26, 2012

_____
U. S. District Judge